IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DIANNE R. WRIGHT, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 13-0518-CG-N |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

The plaintiff having filed a notice of voluntary dismissal on November 11, 2013 (Doc. 4), and there having been no answer or motion for summary judgment filed to date, this action is hereby **DISMISSED without prejudice** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.[1]

**DONE and ORDERED** this 12th day of November, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] In light of the foregoing, the plaintiff's motion for leave to proceed without prepayment of fees (Doc. 2) is hereby deemed to be **MOOT**.